# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1262**                                    **September Term, 2023**

**NLRB-27CA296153**

**Filed On:** September 11, 2023

Longmont United Hospital,

       Petitioner

     v.

National Labor Relations Board,

       Respondent

------------------------------

National Nurses Organizing
Committee/National Nurses United,
          Intervenor

------------------------------

Consolidated with 22-1285


**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins,
                   Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of petitioner's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

    **ORDERED** that the petition be denied.

## Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

             BY:   /s/
                     Daniel J. Reidy
                     Deputy Clerk